UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHEN S. EDWARDS,

                Plaintiff,                            19 **CIVIL** 9326 (GBD)(GWG)

        -against-                                  **JUDGMENT**

BARCLAYS SERVICES CORPORATION, a
Delaware Corporation d/b/a Barclays Bank Delaware,
                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 24, 2020, Magistrate Judge Gorenstein's Report is ADOPTED. Defendant's motion to dismiss is GRANTED. Defendant's motion for sanctions is GRANTED. Plaintiff is enjoined from future litigation related to the claims herein, pursuant to the Memorandum Decision and Order.

**Dated:** New York, New York
          June 24, 2020

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                **BY:**
                                                        **Deputy Clerk**