USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

STEPHEN S. EDWARDS,

      Plaintiff,

 -against-

BARCLAYS SERVICES CORPORATION, *a Delaware Corporation d/b/a Barclays Bank Delaware*,

      Defendant.

------------------------------------------x

ORDER

19 Civ. 9326 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

  Construing Plaintiff's motion to quash, (ECF No. 20), as a motion for reconsideration of the Memorandum Decision and Order, (ECF No. 18), in this matter, it is DENIED because it does not set forth "matters or controlling decisions" that this Court has "overlooked." *See* Local Civil Rule 6.3. The motion for disqualification, (ECF No. 20), if not moot, is DENIED because this filing provides no basis for finding that disqualification is warranted under 28 U.S.C. § 455. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
   July 6, 2020

                SO ORDERED.

                */s/ George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge