UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                                  :

STEPHEN S. EDWARDS,

                                         :      **ORDER**
                Plaintiff,                       19 Civ. 9326 (GBD) (GWG)
                                         :

            -v.-

                                           :

BARCLAYS SERVICES CORPORATION,  :

                Defendant.              :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

       Plaintiff may file any opposition to the petition for attorney's fees on or before August 6, 2020. Defendant may file any reply on or before August 13, 2020.

       SO ORDERED

DATED:    New York, New York
               July 16, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge